# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3782
_____

VINCENT WEST and MONICA
WEST, as parents and natural
guardians of J.W., a minor,

Appellants,

v.

MARSHA TEDDER,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

May 6, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellants.

Matthew J. Carson and Terry J. Harmon of Sniffen & Spellman, P.A., Tallahassee, for Appellee.